1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS, ) | 1:12cv1888 AWI GSA |
| ) | |
| ) | |
| Plaintiff, ) | ORDER GRANTING APPLICATION |
| ) | TO PROCEED IN FORMA PAUPERIS |
| v. ) | |
| ) | (Document 2) |
| REX LEE HUHA, et. al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Lana K. Williams, appearing pro se, filed the instant complaint on November 16, 2012. Also on November 16, 2012, Plaintiff submitted an application to proceed in forma pauperis. A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of all pro se complaints for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint

///
///
///

1

1  fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the

2  complaint can be cured by amendment.  Plaintiff is advised that her complaint will be screened in

3  due course.

4

5

6      IT IS SO ORDERED.

7  **Dated:**   **November 27, 2012**                    _____/s/ **Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28